UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        **Plaintiff,**

-against-

JODI B. BLOOMGARDEN a/k/a JODI BETH
BLOOMGARDEN,

        **Defendant,**

-and-

NYC OFFICE OF PAYROLL ADMINISTRATION,

        **Garnishee.**

Civil Action No.: CV-99-8147

## GARNISHEE ORDER

Whereas the Plaintiff by the Declaration of Douglas M. Fisher, Esq. dated January 12, 2005, on file herein, claims that said Defendant is indebted in the amount of $17,362.98 with interest from April 12, 2000 at the post-judgment interest rate of 6.197% compounded annually. A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer, stating that at the time of service of the Writ, he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee was indebted to Defendant, in the sum of approximately $2,223.23 semi-monthly as a result of the Garnishees' employment of Defendant.

The Defendant, was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to Plaintiff ten percent (10%) of the Defendant's disposable non-exempt earnings, presently in the sum of approximately $222.32 semi-monthly making payments of said monies as directed by the Plaintiff, to pay to the Plaintiff any and all monies already withheld by Garnishee as required, and to continue said payments until the Defendant's debt to the Plaintiff is paid in full or until the Garnishee no longer has custody,

possession or control of any property belonging or owed to the Defendant, Jodi B. Bloomgarden a/k/a Jodi Beth Bloomgarden or until further Order of this Court.. **The name of the Defendant, Jodi B. Bloomgarden a/k/a Jodi Beth Bloomgarden and CIF Number C-110631 must be on the check.**

SO ORDERED,

Dated: _____, New York
       _____, 2005

/s/ Honorable
United States District Court Judge

2